**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL DYER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JBT MAREL CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:26-cv-06273-JLT-CDB<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION RE DISMISSAL OF CLASS ALLEGATIONS, REMAND, ARBITRATION, AND STAY PENDING MEDIATION**<br><br>Removed: August 7, 2026<br>Complaint Filed: July 2, 2026 |

Having considered the Parties' Joint Stipulation Re Dismissal of Class Claims, Remand, Arbitration, and Stay Pending Mediation, and good cause appearing therefor, THE COURT HEREBY ORDERS as follows:

(1) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's class allegations (the First, Second, Third, Fourth, and Sixth Causes of Action as pled on behalf of a putative class) are dismissed with prejudice (provided, however, that this dismissal is without prejudice as to putative class members).

(2) Plaintiff's individual claims (First, Second, Third, Fourth, and Sixth Causes of Action individually) and individual PAGA claims (Fifth Cause of Action) shall be compelled to arbitration.

(3) Arbitration shall be deferred to allow the Parties to pursue early mediation with Steven J. Serratore.

(4) This Action shall be remanded to the Superior Court of the State of California for the County of Kern (Case No. 26CUB02572).

(5) Upon remand, the Parties shall stipulate that the state court action shall be stayed pending mediation, and the Parties shall engage in an informal exchange of discovery, including a representative sample of relevant data and other information reasonably necessary to facilitate mediation.

(6) All deadlines and future hearings in this Court are vacated.

(7) The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 23, 2026

UNITED STATES DISTRICT JUDGE